**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Cadi Rowell, Jose Roberto Cerda, and John Doe,
Defendants,

Of whom Cadi Rowell is the Appellant

and

Jose Roberto Cerda is a Respondent.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-000121

———————————

Appeal From Richland County
M. Scott Rankin, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-299
Submitted June 29, 2022 – Filed July 12, 2022

———————————

**AFFIRMED**

———————————

Heather Vry Scalzo, of Offit Kurman, of Spartanburg, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem.

_____

**PER CURIAM:**  Cadi Rowell appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Rowell's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

_____

[1] We decide this case without argument pursuant to Rule 215, SCACR.